# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**
      Plaintiff,

v.            CASE NO: 8:17-cr-120-T-17TGW

**DARWIN TOAREZ MENDOZA,**
      **Defendant.**
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, **DARWIN TOAREZ MENDOZA**, by and through his undersigned counsel and files his Unopposed Request to Continue Sentencing scheduled for October 20, 2017 and as grounds therefore states as follows:

1. Undersigned Counsel is out of the office on October 20, 2017.
2. Undersigned Counsel contacted Assistant United States Attorney, Natalie Adams regarding continuing this matter to which he had no objection.
3. Undersigned Counsel contacted the Deputy Clerk in this matter to obtain a date to complete the sentencing.
4. Both undersigned Counsel and Ms. Adams are available for any date after October 20, 2017.
5. Counsel is requesting to continue the sentencing any date after October 20, 2017.

WHEREFORE, the defendant respectfully requests that this Motion to Continue Sentencing be granted.

Respectfully submitted,

s/ Cynthia J. Hernandez
_____
CYNTHIA J. HERNANDEZ, ESQ.
Florida Bar No: 010422
Attorney for Defendant
3030 N. Rocky Point Dr., Ste. 150

Tampa, Florida 33607
Telephone: 813-842-2933
Facsimile: 813-864-6735
Email: cjhernandezlaw@gmail.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of October, 2017, a true and correct copy of the foregoing has been furnished to the Clerk of the Court using the CM/ECF system which will send notice of the electronic filing to the following:

Natalie.adams@usdoj.gov

Natalie Adams
Assistant United States Attorney

/s/ Cynthia Hernandez
_____
Cynthia J. Hernandez, Esq.