UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RAPHAEL ROLANDO ANCHUNDIA MARIN,
            Petitioner,

Vs.

UNITED STATES OF AMERICA,
            Plaintiff.

8:17-cr-120-T-17TGW

2019 DEC 19 PM 2:45
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
FILED

## Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and First Step Act of 2018

Comes Now, Petitioner Raphael Rolando, Anchundia-Marin, Pro-Se and Without the benefit of Counsel. And Respectfully moves this Honorable Court to a Modification or reduction of Sentence pursuant to 18, U.S.C. 3582(c)(2) and the New Amendments Set out in the First Step Act of 2018.

Under the Following Section(s) of the First Step Act.

Sec. 402 Broading of exiting Safety Valve.
Sec. 507. Evaluation of Second Chance Act Program.
Sec. 602. Home Confinement for low-risk Prisoners.
Sec. 603. Modification of Imposed term of Imprisonment.

Page 1

Here, in this case Petitioner is a low risk prisoner and does not fall under Section 602 (Home Confinement for low-risk prisoner), Under the new "First Step Act" bill. Due to him being a deportable alien, Petitioner's home detention eligibility date is which he now respectfully request this Honorable Court to consider this, and the reduction for participation in Drug Program this Honorable Court should be aware that petitioner is serving the term of imprisonment at Rivers Correctional Institution a subsidy of Geo Group Inc also known by Money Making Factory and Modern Slavery. On this particular case in this prison does not allow petitioner to erroll in such program petitioner respectfully request this Honorable Court to Consider this under Section 603 of the new First Step Act of 2018.

Petitioner's instant offense is not a crime of violence. Based in his Home Detention date, which is six months earlier than his release date 12/26/24. Which is one reason he now request this honorable Court for modification of his imposed term imprisonment and release him six month earlier, and 12 months for the reduction of the Drug-Program earlier to Immigration Customs Enforcement (ICE)

## BACKGROUND

On 8/30/2017, Petitioner was sentenced to a 108 months of imprisonment for charges of Conspiracy to Possess with intent to Distribute, and to Distribute Five Kilograms or more of Cocaine, while aboard a vessel subject to the Jurisdiction of the United States in violation of 46 U.S.C. 70503 (A), 70506 and (B) and 21 U.S.C. § 960(B)(J)(B)(II)

Petitioner was charged for having been Convicted of a "Serious Drug Felony" the First Step Act of 2018, has amended as Follows: Defendants Convicted of Serious drug Felony now Faces a minimum of 5 years imprisonment rather than 10 years.

## LEGAL STANDARD

title U.S.C. § 3582 generally prohibits a Court for modifying a term of imprisonment after it has imposed, but allows the Court to reduce a term of imprisonment after Considering Specific Facts listed in 3553(a) to Consider the following:

(1) His age.
(2) the Separation from his Family and the Fact he was extradited to the United States and his Family is in Ecuador.
(3) the Cost of imprisonment (the beneficiaries are the Share holders)

Page 3

if such reduction is consistent with applicable policy statement issued by the Sentencing Commission." See: 18 U.S.C § 3582(c)(2). See Also: United States v. Muldrow 612 Fed. Appx. 508, U.S. Appx. (10th Cir 2015).

In this particular case this Court should review that petitioner was kidnapped by the U.S Government and when was arrested the Government failed to inform the Ecuador government or when he was arrived to United States the Government failed to inform the Ecuador Embassy.

## Conclusion

Petitioner, respectfully moves this Honorable Court to GRANT his motion and reduce his Sentence, after considering the Factors set out in 18 U.S.C § 3553(a)

Respectfully Submitted this 16th day of December 2019.

Raphael R. Anchundia
Rafael Rolando Anchundia Marin
Reg. No. 68499-018
Rivers Correctional Institution.
P.O. Box 630
Winton, N.C 27986

Executed: At. Rivers CI, (where the prisoners are hungry)

Raphael Rolando Anchundia Marin
Reg No. 68499-018
Rivers CI
P.O. Box 630
Winton, N.C. 27986

LEGAL MAIL

Clerk of the U.S. District Court
Middle District of Florida
401 W. Central Boulevard
Orlando, Florida 32801

